IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CASE NO. 2:09-cr-175-MEF |
| | ) |
| CHRISTOPHER LEE STANTON | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The defendant's objection (Doc. #49) filed on May 10, 2010 to the Recommendation of the Magistrate Judge is OVERRULED;

(2) The Recommendation of the Magistrate Judge (Doc.48) entered on April 30, 2010 is ADOPTED;

(3) The defendant's Motion to Suppress (Doc. #36) is DENIED.

DONE this the 27th day of May, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE